# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

159936

*In re* PAROLE OF FREDERICK WILKINS

_____

MONROE COUNTY PROSECUTING
ATTORNEY,
      Appellee,

v

FREDERICK WILKINS,
      Appellee,
and

PAROLE BOARD,
      Intervenor-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159936
COA: 344426
Monroe CC: 18-140703-AP

On order of the Court, the application for leave to appeal the March 26, 2019 judgment and the June 3, 2019 order of the Court of Appeals is considered. We DIRECT the Monroe County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecuting attorney shall address: (1) whether the Court of Appeals applied the correct standard of review; and (2) whether the circuit court erred by failing to consider that the Parole Board must grant parole to a prisoner whose parole guidelines score indicates a high probability of parole unless there is a substantial and compelling reason to depart from the guidelines. See MCL 791.233e(6).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



t0420

Clerk